An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

JESSICA BRANCO,
Appellant,
vs.
CURTISS ELLIOTT,
Respondent.

No. 62492

**FILED**

JUL 23 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
CHIEF DEPUTY CLERK

## ORDER OF AFFIRMANCE

This is a proper person appeal from a district court order denying a motion to change venue. Ninth Judicial District Court, Douglas County; David R. Gamble, Judge.

Having considered appellant's appeal statement and the record on appeal, we conclude that the district court did not abuse its discretion by denying appellant's motion to change venue from Douglas County to Carson City, as appellant did not produce any evidence demonstrating that the convenience of the witnesses compels a change of venue or that transferring the proceedings to Carson City would promote the ends of justice. *See Roethlisberger v. McNulty*, 127 Nev. ___, ___, 256 P.3d 955, 957 (2011) (explaining that this court reviews a district court's denial of a motion to change venue based on the convenience of witnesses and the ends of justice for an abuse of discretion).

Accordingly, we

ORDER the judgment of the district court AFFIRMED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

SUPREME COURT
OF
NEVADA

(O) 1947A

13-21558

cc:    Ninth Judicial District Court Dept. 1
       Jessica Branco
       Curtiss Elliot
       Douglas County Court Clerk